IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY GEAR | : | CIVIL ACTION |
| vs. | : | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | : | NO. 12-4863 |

### O R D E R

**AND NOW**, this 24th day of October, 20014, upon careful and independent consideration, the record reveals that the record as a whole contains substantial evidence to support the ALJ's findings of fact and conclusions of law. Therefore, it is hereby **ORDERED** that:

1. Plaintiff's objections to the Report and Recommendation are **OVERRULED**;

2. the Report and Recommendation is **APPROVED** and **ADOPTED**;

3. **JUDGMENT IS ENTERED AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** and the relief sought by Plaintiff is **DENIED**; and

4. the Clerk of Court is hereby directed to mark this case **CLOSED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY,    Sr. J.